**W. ADAM DUERK**
**Assistant U.S. Attorney**
**ERIC E. NELSON**
**Special Assistant U.S. Attorney**
**U.S. Attorney's Office**
**P.O. Box 8329**
**Missoula, MT 59807**
**105 E. Pine, 2nd Floor**
**Missoula, MT 59802**
**Phone: (406) 542-8851**
**FAX: (406) 542-1476**
**Email: adam.duerk@usdoj.gov**
**Email: nelson.eric@epa.gov**

**ATTORNEYS FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CR 17-143 -BLG-SPW** |
| **Plaintiff,** | |
| **vs.** | **UNITED STATES' MOTION TO CONTINUE INITIAL APPEARANCE FOR DEFENDANT CUSTOM CARBON PROCESSING, INC.** |
| **CUSTOM CARBON PROCESSING, INC., PETER MARGIOTTA, and MARK HURST,** | |
| **Defendants.** | |

Plaintiff, United States of America, by and through its attorney, Assistant

United States Attorney W. Adam Duerk, respectfully moves to continue the Initial

1

Appearance of defendant CUSTOM CARBON PROCESSING, INC., presently scheduled for June 21, 2018.

The reason for this motion is that the registered agent for CUSTOM CARBON PROCESSING, INC. has only recently been located.  The government has initiated communication with that individual representative in Texas, but the individual representative has not had an opportunity to respond to the government's efforts to determine whether a corporate representative will appear in person, telephonically or otherwise.  Furthermore, the government is still entertaining the possibility of dismissing the case, but is awaiting official approval to do so.  For these reasons, the government requests that this Court continue the initial appearance of CUSTOM CARBON PROCESSING, INC. for an additional 14 days.  By the end of that time-frame, the government will either have made arrangements to proceed with the arraignment or received authorization to dismiss this case.

Counsel for the defendant has not been contacted, as the government is not aware of the identity of counsel at this time.

//

//

//

//

DATED this 20th day of June, 2018.

KURT G. ALME
United States Attorney


/s/ W. Adam Duerk
W. ADAM DUERK
Assistant U.S. Attorney


/s/ Eric E. Nelson
ERIC E. NELSON
Special Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that on 6/20/18, a copy of the foregoing document was served on

the following persons by the following means:


(1, 2) CM/ECF
( )     Hand Delivery
( )     U.S. Mail
( )     Overnight Delivery Service
( )     Fax
( )     E-Mail

   1.     Brad Arndorfer- Attorney for defendant Margiotta

   2.     Ashley Harada – Attorney for defendant Hurst

                    KURT G. ALME
                    United States Attorney

                    */s/ W. Adam Duerk*
                    Assistant U.S. Attorney
                    Attorney for Plaintiff