IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 17-143-BLG-SPW |
|---|---|
| Plaintiff, | |
| | ORDER |
| vs. | |
| CUSTOM CARBON PROCESSING, INC., PETER MARGIOTTA, and MARK HURST, | |
| Defendants. | |

Upon consideration of the United States' unopposed motion to dismiss this action (Doc. 42),

IT IS HEREBY ORDERED that the above-captioned action against Custom Carbon Processing, Inc. is dismissed without prejudice. The case shall proceed according to the Scheduling Order (Doc. 37) against the two remaining defendants.

DATED this 2nd day of July 2018.

SUSAN P. WATTERS
United States District Judge

1